**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                        Case No. 11-20706

MARTIN TUCKER,

       Defendant.

                                             /

**ORDER GRANTING THE PARTIES' MOTION FOR A PROTECTIVE ORDER**

The parties submit a joint motion asking to seal Exhibits A through L of

Defendant's "Second Motion to Revoke Detention Order" until the parties redact

personal details that the exhibits display.  Accordingly,

IT IS ORDERED that the "Joint Motion for a Protective Order" [Dkt. # 57] is

GRANTED in that the pertinent exhibits will remain under seal temporarily.  By

**November 14, 2012**, Defendant must submit each pertinent exhibit redacted in accord

with Federal Rule of Criminal Procedure 49.1(a).

                                      s/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated:  November 8, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 8, 2012, by electronic and/or ordinary mail.

                                  s/Lisa Wagner
                                  Case Manager and Deputy Clerk
                                  (313) 234-5522